IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| THEODORE R. ANDERSON, | ) | |
| Plaintiff | ) ) ) | |
| v | ) ) | CIVIL NO. 1:06cv2 |
| JEFFREY R. DOBSON, et al., | ) ) ) | |
| Defendants | ) | |

## ORDER

**THIS MATTER** is before the court upon the plaintiff's motion for admission *pro hac vice* of Jed L. Babbin, to appear as counsel for the plaintiff in this matter filed on 6 February 2006.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that plaintiff's motion is **ALLOWED**, and that Jed L. Babbin is hereby granted special admission to the bar of this court, after payment of the admission fee having been paid to the Clerk of this court.

Signed: February 9, 2006

Dennis L. Howell
United States Magistrate Judge