# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:06CV2

| | |
|---|---|
| THEODORE R. ANDERSON, | ) |
| Plaintiff, | ) |
| Vs. | )    <u>O R D E R</u> |
| JEFFREY R. DOBSON; GERALD W. SODERQUIST; ROBERT W. MIDDLETON; and ARTHUR D. ACKERMAN, | ) |
| Defendants and Third-Party Plaintiffs, | ) |
| Vs. | ) |
| HALEAKALA RESEARCH AND DEVELOPMENT, INC., | ) |
| Third-Party Defendant. | ) |

**THIS MATTER** is before the Court on motion of the Plaintiff and Third-Party Defendant for an extension of time in which to file opposition to Defendant's motion for preliminary injunction. The Defendants and Third-Party Plaintiffs consent to the requested relief.

For the reasons stated in the motion and for cause shown,

**IT IS, THEREFORE, ORDERED** that the motion of Plaintiff and Third-Party Defendant is **ALLOWED**, and the time in which to file opposition to the Defendant's motion for preliminary injunction is extended to and including April 1, 2006.

Signed: March 9, 2006

Lacy H. Thornburg
United States District Judge