**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CIVIL NO.  1:06CV2**

| | | |
|---|---|---|
| **THEODORE R. ANDERSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **Vs.** | ) | **O R D E R** |
| | ) | |
| **JEFFREY R. DOBSON; GERALD** | ) | |
| **W. SODERQUIST; ROBERT W.** | ) | |
| **MIDDLETON; and ARTHUR D.** | ) | |
| **ACKERMAN,** | ) | |
| | ) | |
| **Defendants and Third-Party** | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **Vs.** | ) | |
| | ) | |
| **HALEAKALA RESEARCH AND** | ) | |
| **DEVELOPMENT, INC.,** | ) | |
| | ) | |
| **Third-Party Defendant.** | ) | |
| | ) | |

**THIS MATTER** is before the Court on motion of the Plaintiff and

Third-Party Defendant for an extension of time in which to file a reply brief

in support of Plaintiff's motion for preliminary injunction.  The Defendants

and Third-Party Plaintiffs consent to the requested relief.

For the reasons stated in the motion and for cause shown,

**IT IS, THEREFORE, ORDERED** that the motion of Plaintiff and Third-Party Defendant is **ALLOWED**, and the time in which to file a reply brief in support of Plaintiff's motion for preliminary injunction is extended to and including April 1, 2006.

Signed: March 14, 2006

Lacy H. Thornburg
United States District Judge