**THEODORE R. ANDERSON,** )
)
       **Plaintiff,** )
**v.**     **v.** )
)
**JEFFREY R. DOBSON, GERALD W.** )
**SODERQUIST; ROBERT W.** )
**MIDDLETON; and ARTHUR D.** )
**ACKERMAN,** )       **ORDER**
)
      **Defendants and Third-Party** )
      **Plaintiffs,** )
)
**vs.** )
)
**HALEAKALA RESEARCH AND** )
**DEVELOPMENT, INC.,** )
)
      **Third-Party Defendant.** )
_____)

     **THIS MATTER** is before the Court on motion of the Plaintiff to be allowed to file

three (3) white paper reports containing highly confidential technical information relevant to the

matters before the Court under seal. The Defendants have consented to the motion.

     For the reasons stated and for cause shown

     **IT IS, THEREFORE, ORDERED** that the Plaintiff's motion is **ALLOWED** and the

three reports referenced therein may be filed manually and they shall remain under seal until

further order of this Court.

Signed: March 31, 2006

Lacy H. Thornburg
United States District Judge