IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:06cv2

| | |
|---|---|
| THEODORE R. ANDERSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> Vs. ) <br> ) <br> JEFFREY R. DOBSON; GERALD W. ) <br> SODERQUIST; ROBERT W. ) <br> MIDDLETON; and ARTHUR D. ) <br> ACKERMAN, ) <br> ) <br> Defendants/Third-Party ) <br> Plaintiffs, ) <br> ) <br> Vs. ) <br> ) <br> HALEAKALA RESEARCH AND ) <br> DEVELOPMENT, INC., ) <br> ) <br> Third-Party Defendants. ) <br> _____ ) | ORDER |

**THIS MATTER** is before the court on defendants'/third party plaintiffs' Motion to Reset Hearing. For good cause shown, the motion will be allowed.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendants'/third party plaintiffs' Motion to Reset Hearing (#59) is **GRANTED**, and the hearing previously scheduled in this matter is **RESET** for Thursday, July 20, 2006, at 10 a.m. in Asheville.

-1-

Signed: July 18, 2006

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge