IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:06cv2

| | |
|---|---|
| THEODORE R. ANDERSON, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| Vs. | )    ORDER<br>) |
| JEFFREY R. DOBSON; GERALD W. SODERQUIST; ROBERT W. MIDDLETON; and ARTHUR D. ACKERMAN, | )<br>)<br>)<br>)<br>) |
| Defendants/Third-Party Plaintiffs, | )<br>)<br>) |
| Vs. | )<br>) |
| HALEAKALA RESEARCH AND DEVELOPMENT, INC., | )<br>)<br>) |
| Third-Party Defendants. | ) |

**THIS MATTER** is before the court on the following pending motions:

(1) plaintiff's Motion for Partial Summary Judgment (#70);

(2) third-party defendant's Motion to Dismiss (#87);

(3) plaintiff and third-party defendant's Motion for Summary Judgment (#88);

(4) defendants' Second Motion for Extension of Scheduling Deadlines Concerning the Deposition of Weinstein (#94);

(5) plaintiff and third-party defendant's Motion to Strike Video Deposition

-1-

(#97); and

(6) joint Motion to Set Trial (#102).

Absent the filing of additional motions, it appears that the last brief is due to be filed not later than February 4, 2007, which would be plaintiff's and third-party defendant's reply to defendant's and third-party plaintiff's yet-to-be filed response to plaintiff's and third-party defendant's Motion to Strike Video Deposition.[1]

With the closing of briefing in this matter, oral arguments on all pending motions will be calendared for February 22, 2007, beginning at 9 a.m.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the following motions are calendared for oral arguments on February 22, 2007, beginning at 9:30 a.m., at Asheville in Courtroom No. 2:

(1) plaintiff's Motion for Partial Summary Judgment (#70);

(2) third-party defendant's Motion to Dismiss (#87);

(3) plaintiff and third-party defendant's Motion for Summary Judgment (#88);

(4) defendants' Second Motion for Extension of Scheduling Deadlines Concerning the Deposition of Weinstein (#94);

---

[1] In addition, third-party defendant's reply to defendant's and third-party plaintiff's response to third-party defendant's Motion to Dismiss is due to be filed not later than January 29, 2007.

(5) plaintiff and third-party defendant's Motion to Strike Video Deposition (#97); and

(6) joint Motion to Set Trial (#102).

Signed: January 19, 2007

Dennis L. Howell
United States Magistrate Judge