IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:06CV2

| | |
|---|---|
| THEODORE R. ANDERSON, )<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>JEFFREY R. DOBSON; GERALD )<br>W. SODERQUIST; ROBERT W. )<br>MIDDLETON; and ARTHUR D. )<br>ACKERMAN, )<br>)<br>Defendants and Third-Party )<br>Plaintiffs, )<br>)<br>Vs. )<br>)<br>HALEAKALA RESEARCH AND )<br>DEVELOPMENT, INC., )<br>)<br>Third-Party Defendant. )<br>_____) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte* to continue the trial from the May 2007 term in the Asheville Division.

The Court has under advisement the Magistrate Judge's Memorandum and Recommendation regarding the parties' dispositive motions and the parties' respective objections to the Magistrate Judge's

recommendations.  The Court will not complete its review of the motions, objections, and the Memorandum and Recommendation in time for the parties to adequately prepare for trial for the May 2007 term.

**IT IS, THEREFORE, ORDERED** that the Clerk calendar this case for trial during the Court's July 2007 term in the Asheville Division.

Signed: April 9, 2007

Lacy H. Thornburg
United States District Judge