IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:06CV2

| | | |
|---|---|---|
| THEODORE R. ANDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | |
| | ) | |
| JEFFREY R. DOBSON; GERALD W. SODERQUIST; ROBERT W. MIDDLETON; and ARTHUR D. ACKERMAN, | ) | |
| | ) | |
| Defendants and Third-Party Plaintiffs, | ) | |
| | ) | |
| Vs. | ) | **O R D E R** |
| | ) | |
| HALEAKALA RESEARCH AND DEVELOPMENT, INC., | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

**THIS MATTER** is before the Court *sua sponte* to continue the trial from the July 2007 term in the Asheville Division.

The Court has under advisement the Magistrate Judge's Memorandum and Recommendation and the parties' objections thereto regarding the pending motions for summary judgment and partial summary

judgment, the motion to dismiss, and motion to strike. The Court will not complete its review of the Memorandum and Recommendation, objections, and the parties' motions in time for them to adequately prepare for trial for the July 2007 term.

**IT IS, THEREFORE, ORDERED** that the Clerk calendar this case for trial during the Court's September 2007 term in the Asheville Division.

Signed: May 16, 2007

Lacy H. Thornburg
United States District Judge